# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. Dalrick Drain | Mag. Judge: Phillip J. Green |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:21-mj-00004-PJG | 1/8/2021 | 3:31 - 3:34PM | Grand Rapids | |

**APPEARANCES:**

| Government: Nils R. Kessler | Defendant: Helen Nieuwenhuis | Counsel Designation: FPD Appointment |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Out-of-District Warrant | Read ✓<br>Reading Waived __ |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| ✓ First Appearance<br>__ Arraignment:<br>　__ mute　__ nolo contendre<br>　__ not guilty　__ guilty<br>__ Initial Pretrial Conference<br>__ Detention　(waived __)<br>__ Preliminary　(waived __)<br>✓ Rule 5 Proceeding<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>__ Change of Plea<br>__ Sentencing<br>__ Other: | __ Defendant's Rights<br>✓ Waiver of Rule 32.1 Hearings<br>__ Consent to Mag. Judge for ____<br>__ Other: ____<br>Court to Issue:<br>__ Report & Recommendation<br>__ Order of Detention<br>__ Order to file IPTC Statements<br>__ Bindover Order<br>✓ Order Appointing Counsel<br>✓ Other: Commitment | Guilty Plea to Count(s) ____<br>of the ____<br>Count(s) to be dismissed at sentencing: ____<br><br>Presentence Report:<br>　__ Ordered　__ Waived<br>__ Plea Accepted by the Court<br>__ No Written Plea Agreement<br><br>**EXPEDITED RESOLUTION**<br>__ Case appears appropriate for expedited resolution |

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| | Imprisonment: ____<br>Probation: ____<br>Supervised Release: ____<br>Fine: $ ____<br>Restitution: $ ____<br>Special Assessment: $ ____<br>Plea Agreement Accepted:　__Yes　__No<br>Defendant informed of right to appeal:　__Yes　__No<br>Counsel informed of obligation to file appeal:　__Yes　__No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ ____ |
| **CASE TO BE:** Set for hearing in charging district | **TYPE OF HEARING:** Further Proceedings |
| **Reporter/Recorder:** Digitally Recorded | **Courtroom Deputy:** A. Doezema |