# United States District Court
# Western District of Michigan (Southern Division (1))
# CRIMINAL DOCKET FOR CASE #: 1:21−mj−00004−PJG−1

Case title: USA v. Drain  
Other court case number: 1:17−cr−00576−4 Northern District of Illinois  
Date Filed: 01/08/2021

Assigned to: Magistrate Judge Phillip J. Green

**defendant (1)**

**Dalrick Drain**     represented by     **Helen C. Nieuwenhuis**  
Federal Public Defender (Grand Rapids)  
50 Louis St. NW, Ste. 300  
Grand Rapids, MI 49503−2633  
(616) 742−7420  
Email: helen_nieuwenhuis@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 1:1RF.Felony Proceedings | |

**Plaintiff**

**USA**     represented by

**Nils R. Kessler**
U.S. Attorney (Grand Rapids)
The Law Bldg.
330 Ionia Ave., NW
P.O. Box 208
Grand Rapids, MI 49501–0208
(616) 456–2404
Email: Nils.Kessler@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/08/2021 | 1 | | MINUTES held before Magistrate Judge Phillip J. Green of FIRST APPEARANCE in Rule 5 proceedings for defendant Dalrick Drain ; appearance entered by Helen C. Nieuwenhuis for Dalrick Drain on behalf of defendant; Defendant's request for court–appointed counsel was granted; Defendant wiaved all hearings and remanded to USM custody and bound over to Northern Illinois (Proceedings Digitally Recorded) (ald) (Entered: 01/08/2021) |
| 01/08/2021 | | | (NON–DOCUMENT) ORDER APPOINTING FEDERAL PUBLIC DEFENDER as counsel for defendant Dalrick Drain ; signed by Magistrate Judge Phillip J. Green (ald) (Entered: 01/08/2021) |
| 01/08/2021 | 2 | | WAIVER of Rule 32.1 hearings by Dalrick Drain (ald) (Entered: 01/08/2021) |
| 01/08/2021 | 3 | | COMMITMENT TO ANOTHER DISTRICT: defendant Dalrick Drain committed to Northern District of Illinois ; signed by Magistrate Judge Phillip J. Green (ald) (Entered: 01/08/2021) |

## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. Dalrick Drain | Mag. Judge: Phillip J. Green |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:21-mj-00004-PJG | 1/8/2021 | 3:31 - 3:34PM | Grand Rapids | |

**APPEARANCES:**

| Government: Nils R. Kessler | Defendant: Helen Nieuwenhuis | Counsel Designation: FPD Appointment |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Out-of-District Warrant | Read ✓<br>Reading Waived __ |

### TYPE OF HEARING
- ✓ First Appearance
- __ Arraignment:
  - __ mute   __ nolo contendre
  - __ not guilty   __ guilty
- __ Initial Pretrial Conference
- __ Detention   (waived __)
- __ Preliminary   (waived __)
- ✓ Rule 5 Proceeding
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- __ Sentencing
- __ Other: _____

### DOCUMENTS
- __ Defendant's Rights
- ✓ Waiver of Rule 32.1 Hearings
- __ Consent to Mag. Judge for _____
- __ Other: _____

Court to Issue:
- __ Report & Recommendation
- __ Order of Detention
- __ Order to file IPTC Statements
- __ Bindover Order
- ✓ Order Appointing Counsel
- ✓ Other: Commitment

### CHANGE OF PLEA
Guilty Plea to Count(s) _____ of the _____
Count(s) to be dismissed at sentencing: _____

Presentence Report:
__ Ordered   __ Waived

__ Plea Accepted by the Court
__ No Written Plea Agreement

### EXPEDITED RESOLUTION
__ Case appears appropriate for expedited resolution

### ADDITIONAL INFORMATION

### SENTENCING
Imprisonment: _____
Probation: _____
Supervised Release: _____
Fine: $ _____
Restitution: $ _____
Special Assessment: $ _____
Plea Agreement Accepted:   __ Yes   __ No
Defendant informed of right to appeal:   __ Yes   __ No
Counsel informed of obligation to file appeal:   __ Yes   __ No

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ _____ |
| **CASE TO BE:** Set for hearing in charging district | **TYPE OF HEARING:** Further Proceedings |
| **Reporter/Recorder:** Digitally Recorded | **Courtroom Deputy:** A. Doezema |

```
MIME-Version:1.0
From:ecfhelp@miwd.uscourts.gov
To:ecfadmin@miwd.uscourts.gov
Bcc:
--Case Participants: Helen C. Nieuwenhuis (ecfpsi_miw@fd.org, helen_nieuwenhuis@fd.org,
michele_holstege@fd.org), Nils R. Kessler (caseview.ecf@usdoj.gov,
kristina.zelasko@usdoj.gov, nils.kessler@usdoj.gov, usamiw.ecfcriminal@usdoj.gov),
Magistrate Judge Phillip J. Green (angie_doezema@miwd.uscourts.gov,
jessicawright@miwd.uscourts.gov, phillip_green@miwd.uscourts.gov,
russ_ambrose@miwd.uscourts.gov)
--Non Case Participants: Federal Public Defender (ecfpsi_miw@fd.org,
karen_jennings@fd.org, melissa_rabidoux@fd.org, sonja_cubillo@fd.org)
--No Notice Sent:

Message-Id:5504634@miwd.uscourts.gov
Subject:Order Appointing Public Defender in 1:21-mj-00004-PJG USA v. Drain
Content-Type: text/html
```

# United States District Court

# Western District of Michigan

## Notice of Electronic Filing

The following transaction was entered on 1/8/2021 at 3:53 PM EST and filed on 1/8/2021

| | |
|---|---|
| **Case Name:** | USA v. Drain |
| **Case Number:** | 1:21−mj−00004−PJG |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**(NON−DOCUMENT) ORDER APPOINTING FEDERAL PUBLIC DEFENDER as counsel for defendant Dalrick Drain ; signed by Magistrate Judge Phillip J. Green (ald)**


**1:21−mj−00004−PJG−1 Notice has been electronically mailed to the following attorneys, and no further service upon them is required if the document has been electronically filed:**

Helen C. Nieuwenhuis &nbsp &nbsp helen_nieuwenhuis@fd.org, ecfpsi_miw@fd.org, michele_holstege@fd.org

Nils R. Kessler &nbsp &nbsp Nils.Kessler@usdoj.gov, CaseView.ECF@usdoj.gov, kristina.zelasko@usdoj.gov, usamiw.ecfcriminal@usdoj.gov

**1:21−mj−00004−PJG−1 Notice has NOT been electronically mailed to:**

AO 466 (Rev. 01/09) Waiver of Rule 32.1 Hearing (Violation of Probation or Supervised Release)

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:21-mj-0004 |
| | ) | |
| **Dalrick Drain** | ) | Charging District's Case No. 1:17-cr-576-4 |
| *Defendant* | ) | |

## WAIVER OF RULE 32.1 HEARING
**(Violation of Probation or Supervised Release)**

I understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the *(name of other court)*   Northern District of Illinois   .

I have been informed of the charges and of my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4)   a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to occurred in this district; and

(5)   a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

☐   an identity hearing and production of the judgment, warrant, and warrant application.

☐   a preliminary hearing.

☐   a detention hearing.

☑   an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   01/08/2021

*Defendant's signature*

*Signature of defendant's attorney*

Helen C. Nieuwenhuis
*Printed name of defendant's attorney*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

DALRICK DRAIN,

       Defendant.
_____/

Case No. 1:21–mj–4

Charging District's
Case No. 1:17–cr–00576–4

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Northern District of Illionois.

The defendant is requesting court–appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED**: The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Dated:  January 8, 2021

/s/ Phillip J. Green
PHILLIP J. GREEN
U.S. Magistrate Judge